NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POLYZEN, INC., A NORTH CAROLINA COMPANY,**
*Plaintiff-Appellant*

**v.**

**RADIADYNE, LLC, A TEXAS LIMITED LIABILITY CORPORATION,**
*Defendant-Appellee*

———————————

2017-1934, 2017-2022, 2017-2138

———————————

Appeals from the United States District Court for the Eastern District of North Carolina in Nos. 5:11-cv-00662-D, 5:14-cv-00323-D, Chief Judge James C. Dever, III.

———————————

## JUDGMENT

———————————

JOSEPH J. ZITO, DNL ZITO, Washington, DC, argued for plaintiff-appellant. Also represented by LUIZ FELIPE OLIVEIRA.

CHRISTOPHER JOHNSON, Yetter Coleman LLP, Houston, TX, argued for defendant-appellee. Also represented by COLLIN COX, THOMAS M. MORROW.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 7, 2018          /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                      Clerk of Court